Douglas F. Welebir, Esq., SB# 039459
WELEBIR TIERNEY & WECK
2068 Orange Tree Lane, Suite 215
Redlands, California 92374
Telephone: (909) 335-0444
Facsimile: (909) 335-0452
E-mail: dfw@wtw-law.com

Attorneys for Plaintiffs

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

JAMES BADALIAN, as an individual and as personal representative and successor in interest of the Estate of JESSICA MARIE BADALIAN, deceased,

   Plaintiffs,

v.

SAM'S CLUB; FLEXIBLE FLYER; YERF-DOG; FFA CORP.

   Defendants.

Case No.: EDCV07-316 VAP (JCRx)

**ORDER ON STIPULATION TO REMAND TO SUPERIOR COURT AND FOR FURTHER PROCEEDINGS THEREON**

Good cause appearing, IT IS HEREBY ORDERED that the case is hereby remanded to San Bernardino County Superior Court for further proceedings.

Dated: Aug 27 2009

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE